IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00024-REB-PAC

ANTHONY C. WILLIAMS,

    Plaintiff(s),

v.

GUS F. SANDSTROM, and,
MATT RICHARDSON,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that plaintiff's "Request for Amendment of Prisoner Complaint" (Doc. #24), filed April 18, 2007, "Motion to Amend Prisoner Complaint §1983" (Doc. #30), filed April 30, 2007, and "Motion to Amend Prisoner Complaint 42 U.S.C. §1983" (Doc. #33), filed May 3, 2007, are **GRANTED** as follows:

    Plaintiff may file one amended complaint, to include all factual allegations, claims for relief, defendants, and requests for relief, **on or before June 4, 2007.**  The Amended Complaint shall take the place of the original complaint.

Dated:  May 4, 2007