IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00024-REB-PAC

ANTHONY C. WILLIAMS,

    Plaintiff(s),

v.

GUS F. SANDSTROM,
RICK MEHOON,
MATT RICHARDSON, and
SMOKEY KURTS,

    Defendant(s).

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY THE UNITED STATES MARSHAL

It is HEREBY **ORDERED** that the United States Marshal shall serve a copy of the Amended Prisoner Complaint (Doc. #40), summons, and Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. §1915 (Doc. #2) on **defendants Rick Mehoon and Smokey Kurts**. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).

All costs of service shall be advanced by the United States.

Dated May 24, 2007.

                                            BY THE COURT:

                                            s/ O. Edward Schlatter
                                            O. EDWARD SCHLATTER
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00024-REB-PAC

Anthony C. Williams
Prisoner No. 116503
Centennial Corr. Facility
PO Box 600
Cañon City, CO 81215- 0600

US Marshal Service
Service Clerk
Service forms for: Rick Mehoon

Smokey Kurts - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Rick Mehoon: to Cathie Holst for service of process on Smokey Kurts; and to John Suthers: AMENDED COMPLAINT FILED 5/23/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/30/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk