**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00024-REB-PAC

ANTHONY C. WILLIAMS,

    Plaintiff,

v.

GUS F. SANDSTROM, and
MATT RICHARDSON,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the plaintiff's **Motion to Admit Into Evidence To Sustain Plaintiff's Objection To Magistrate Judge Craig B. Shaffer Recommendation To Dismiss on 6-14-07** [#64], filed July 12, 2007. The motion is **GRANTED**. The receipts attached to the plaintiff's motion are admitted into evidence.

    Dated: July 12, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.