IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00024-REB-KLM

ANTHONY C. WILLIAMS,

    Plaintiff(s),

v.

GUS F. SANSTROM, and
MATT RICHARDSON,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Withdraw on Behalf of Joseph P. Sanchez** [Docket No. 75; filed January 16, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney Joseph Sanchez is relieved of any further representation of Defendants in the above captioned matter. The Clerk's Office is instructed to remove Joseph Sanchez from the electronic certificate of mailing.

    Dated: January 17, 2008