IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00024-REB-KLM

ANTHONY C. WILLIAMS,

    Plaintiff(s),

v.

GUS F. SANDSTROM,
RICK MEHOON,
MATT RICHARDSON, and
SMOKEY KURTS,

    Defendant(s).
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Return of Property** [Docket No. 61; filed July 11, 2007] (the "Motion"). Defendants have not responded.

    Plaintiff requests that this Court issue an Order compelling the Office of the Inspector General to release to Plaintiff three postal money orders that were allegedly seized from him. The Office of the Inspector General is not a party to this action. The Court lacks authority to order non-parties to take the action requested here. *See, e.g., Queen v. U.S.*, 2007 WL 38079 (D.Kan. 2007). Therefore, the Court lacks jurisdiction to enter an order compelling the Office of the Inspector General to release Plaintiff's postal money orders. Accordingly, IT IS HEREBY **ORDERED** that the Motion [Docket No. 61] is **DENIED**.

BY THE COURT:

__s/ Kristen L. Mix_____

United States Magistrate Judge

Dated: February 14, 2008