**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00024-REB-KLM

ANTHONY C. WILLIAMS,

      Plaintiff,

v.

GUS R. SANDSTROM,
RICK MEHOON,
MATT RICHARDSON, and
SMOKEY KURTS,

      Defendants.

---

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS
RICK MEHOON AND SMOKY KURTS**

---

**Blackburn, J.**

On February 19, 2008, I entered an **Order Overruling Objection and Adopting Recommendation of United States Magistrate Judge** [#80]. In that order, I approved and adopted the magistrate judge's recommendation [#55], filed June 14, 2007, and I ordered that "all claims and causes of action asserted by plaintiff against defendants in this lawsuit are **DISMISSED WITH PREJUDICE**." *Order Overruling Objection and Adopting Recommendation of United States Magistrate Judge* [#80], filed February 19, 2008. Inadvertently, defendants Rick Mehoon and Smokey Kurts were omitted from the caption of my February 19, 2008, order [#80]. The terms of my order [#80] are applicable to the claims against defendants Rick Mehoon and Smokey Kurts.

**THEREFORE, IT IS ORDERED** as follows:

1.  That my **Order Overruling Objection and Adopting Recommendation of United States Magistrate Judge** [#80], filed February 19, 2008, **SHALL BE INCORPORATED** this order;

2.  That all claims and causes of action asserted by plaintiff against defendants Rick Mehoon and Smokey Kurts in this lawsuit are **DISMISSED WITH PREJUDICE**;

3.  That judgment **SHALL ENTER** under Fed. R. Civ. P. 58 for defendants, Rick Mehoon and Smokey Kurts, against the plaintiff, Anthony C. Williams, as to all claims and causes of action asserted in this lawsuit; and

4.  That defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 27, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge